IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LA TONJA ATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3288 |
| | ) | |
| v. | ) | Honorable Charles R. Norgle |
| | ) | Judge Presiding |
| BP CORPORATION NORTH AMERICA, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, LA TONJA ATKINS, by her attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, BP CORPORATION NORTH AMERICA, INC., by its attorney, MICHELLE K. MELLINGER of SEYFARTH SHAW, LLP, that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: July 25, 2008

| | |
|---|---|
| LA TONJA ATKINS, | BP CORPORATION NORTH AMERICA, INC., |
| | |
| By /s/ Lisa Kane | By /s/ Michelle K. Mellinger (by consent) |
| LISA KANE | MICHELLE K. MELLINGER |
| LISA KANE & ASSOCIATES, P.C. | SEYFARTH SHAW, LLP |
| Attorney for Plaintiffs | Attorney for Defendant |
| 120 South LaSalle Street | 131 South Dearborn Street |
| Suite 1420 | Chicago, Illinois 60603 |
| Chicago, Illinois 60603 | (312) 460-5000 |
| (312) 606-0383 | |
| ATTORNEY CODE NO. 06203093 | |