IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LA TONJA ATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3288 |
| | ) | |
| v. | ) | Honorable Charles R. Norgle |
| | ) | Judge Presiding |
| BP CORPORATION NORTH AMERICA, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:  Michelle K. Mellinger, Esquire
 Seyfarth Shaw, LLP
 131 South Dearborn Street
 Chicago, Illinois 60603

 Please take notice that the 25th day of July, 2008, the Stipulation to Dismiss with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

 /s/ Lisa Kane
 Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

### PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 25th day of July, 2008, before the hour of 5:00 P.M.

 /s/ Lisa Kane